UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Dolinski, *et al.*,

    Plaintiffs,

v.                                                                 Case No.  14-13273

JPMorgan Chase Bank, National                   Honorable Sean F. Cox
Assocation,

    Defendant.
_____/

## ORDER ADOPTING
## 4/21/15 REPORT AND RECOMMENDATION

    Plaintiffs filed this action asserting claims against Defendant.  On September 26, 2014, Defendant filed a Motion to Dismiss.  That motion was referred to Magistrate Judge Michael Hluchaniuk for a Report and Recommendation.

    On April 21, 2015, Magistrate Judge Hluchaniuk issued a Report and Recommendation (Docket Entry No. 13) wherein he recommends that the Motion to Dismiss be granted and Plaintiffs' complaint be dismissed.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

    The time for filing objections to the R&R has expired and the docket reflects that neither

1

party has filed objections to the R&R.  The Court hereby ADOPTS the April 21, 2015 R&R.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  May 14, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 14, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager